

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| INTERNATIONAL MARINE TERMINALS PARTNERSHIP ET AL | CIVIL ACTION |
| VERSUS | NO. 00-250 |
| BYZANTINE MARITIME CORPORATION, ET AL | SECTION: R (4) |

### ORDER TRANSFERRING CASE DUE TO COLLATERAL PROCEEDINGS

It has been brought to the Court's attention that the above captioned matter is related to Civil Action No. 99-1637, *International Marine Terminals Partnership vs. Hillmore Maritime,* presently pending in Section "G"(3) of this Court.

Accordingly;

**IT IS ORDERED** that the above captioned matter is hereby transferred to "G"(3) for further proceedings.

New Orleans, Louisiana, this 31st day of January, 2000.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

REALLOTTED TO:
SECT. G MAG. 3

JAN 3 1 2000
DATE OF ENTRY