FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 OCT 25 PM 1: 29

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

00-250

NOTICE

Pursuant to the direction of the court, the Section "G" cases on the attached listing are reallotted effective November 1, 2000, to the sections of the court as noted.

OCTOBER 25, 2000                LORETTA G. WHYTE, CLERK

DATE OF ENTRY
OCT 2 6 2000

Fee_____
Process___
X Dktd____
__ CtRmDep_
Doc.No.___

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

N O T I C E

THE FOLLOWING SECTION G CIVIL CASES ARE REALLOTTED
EFFECTIVE NOVEMBER 1, 2000

| CASE NO. | TITLE | SECTION ASSIGNED TO: |
|---|---|---|
| 96-3431 | Ervin v Danek | S |
| 99-0721 c/w | Voiron Const v Metric Constr Inc | F |
| 99-2599 | Cleveland Constr v Advance Tech | F |
| 99-0813 c/w | Consol Grain Barge v Cap Mar Sup | R |
| 99-2862 | Union Carbide Corp v Cap Mar Sup | R |
| 99-3786 | Con Agra Inc v Cap Mar Sup Inc | R |
| 00-0366 | Chem Carriers v Upper St Rose | R |
| 00-0466 | Blaske Mar Inc v Cap Mar Sup Inc | R |
| 00-0851 | Contl Ins Co v Cap Mar Sup Inc | R |
| 99-1030 | Carrier v ENSCO | K |
| 99-1195 | Barrett v R J Reynolds | C |
| 99-1419 | Perez v Champagne | N |
| 99-1637 c/w | Intl Marine v Hillmore Maritime | L |
| 99-1674 | In Re: Hillmore Maritime | L |
| 00-0250 | Intl Marine v Byzantine Maritime | L |
| 99-1662 | In Re: Endeavor Marine | T |
| 99-1687 | Beck v Jet Equipment | C |
| 99-2093 | Millender v Daybrook | J |
| 99-2133 | Hunter v Muse | B |
| 99-2322 | Dekerlegand v Wal Mart | N |
| 99-2533 | Clay v USA | B |
| 99-2718 | Tradearbed v Dimitra MV | J |
| 99-2734 | Doherty v Milam | D |