FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 APR 17 AM 8:44

APR 17 2001
LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| INTERNATIONAL MARINE TERMINALS PARTNERSHIP ET AL. | CIVIL ACTION |
| VERSUS | NUMBER 99-1637<br>REF. 99-1674 & 00-250 |
| HILLMORE MARITIME, INC. ET AL. | SECTION "L" (3) |

00-250

### ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that case numbers 99-1674 and 00-250 have been settled;

IT IS ORDERED that this action is hereby dismissed without costs, but without prejudice to the right, upon good cause shown, within sixty days, to seek summary judgment enforcing the compromise if it is not consummated by that time. During this sixty day period, the Court retains jurisdiction to enforce the compromise agreed upon by the parties.

**COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.**

New Orleans, Louisiana, this 16 day of April, 2001

DATE OF ENTRY
APR 17 2001

_____
UNITED STATES DISTRICT JUDGE

Fee_____
Process____